**DAVIS MOUNTAINS TRANS–PECOS HERITAGE ASSOCIATION, a Texas non-profit corporation, Petitioner**

v.

**FEDERAL AVIATION ADMINISTRATION; Marion C. Blakey, Administrator; Mary E. Peters, Secretary of Transportation, Respondents.**

No. 07–60595.

United States Court of Appeals, Fifth Circuit.

Feb. 5, 2009.

Murray D. Feldman, Holland & Hart, Boise, ID, Elizabeth A. Phelan, Holland & Hart, Boulder, CO, for Petitioner.

Marion C. Blakey, Andrew Steinberg, U.S. Federal Aviation Administration, Kathryn E. Kovacs, Ronald Mark Spritzer, U.S. Department of Justice, Paul Maitland Geier, U.S. Department of Transportation, Office of the General Counsel, Washington, DC, for Respondents.

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM: *

Petitioner challenges the decision by the Federal Aviation Administration to adopt a supplemental environmental impact statement (SEIS) completed by the Air Force after our remand in *Davis Mountains Trans–Pecos Heritage Ass'n v. FAA,* 116 Fed.Appx. 3 (5th Cir.2004) (*Davis Moun-*

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*tains I* ). We held in that case that the respondents did not satisfy the National Environmental Policy Act, 42 U.S.C. §§ 4321–4370f, because they failed to address adequately wake vortex impacts and FAA comments. We are satisfied that the SEIS adequately addressed our concerns in *Davis Mountains I,* and that the FAA's decision was not arbitrary or capricious. *See Miss. River Basin Alliance v. Westphal,* 230 F.3d 170, 174 (5th Cir.2000); 5 U.S.C. § 706.

PETITION DENIED.